UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

POLYMER80, INC., a Nevada corporation,

    Plaintiff,

vs.                                        Case No.:

INDIE GUNS, LLC, a Florida limited
liability company,

    Defendant.
_____/

## COMPLAINT

Plaintiff Polymer80, Inc. ("Polymer80") brings this action against Defendant Indie Guns, LLC ("Indie Guns"), seeking damages for breach of contract, account stated, goods sold and delivered, and alleges as follows:

## INTRODUCTION

1. Plaintiff Polymer80 designs and develops innovative firearms and after-market accessories that provide ways for its customers to participate in the build process. Defendant Indie Guns is a distributor and retailer of Polymer80's products.

2. On or around July 15, 2021, Indie Guns ordered $702,625.00 of products from Polymer80. The products were delivered to and accepted by Indie Guns in Kissimmee, Florida.

3. Despite a clearly-stated payment due date of August 14, 2021 – net 30 days of the shipment – Indie Guns has paid only a small fraction of the invoiced

purchase price, and has refused Polymer80's demands for payment in full, necessitating this action.

## PARTIES

4. Plaintiff Polymer80, Inc. is a Nevada corporation with its principal place of business in Dayton, Nevada.

5. Defendant Indie Guns, LLC is a limited liability company organized under the laws of the State of Florida with its principal place of business in Orlando, Florida.

6. Indie Guns, LLC has two members/owners: Lawrence Destefano and Raymond Villafane. Both Destefano and Villafane are residents of and domiciled in the State of Florida. Indie Guns, LLC is therefore a citizen of the State of Florida for purposes of diversity jurisdiction.

## JURISDICTION AND VENUE

7. This Court has original jurisdiction based upon diversity of citizenship under 28 U.S.C. § 1332(a). The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and this civil action is between citizens of different states.

8. This Court may exercise personal jurisdiction over Indie Guns because it is subject to general jurisdiction in the State of Florida, as Indie Guns operates, conducts, engages in, and carries on a business or business venture in this State and has an office or agency in this State.

9. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C.

§ 1391 because Indie Guns resides in this District and a substantial part of the events giving rise to Polymer80's claims occurred in this District.

## GENERAL FACTUAL ALLEGATIONS

10. On or about July 15, 2021, Indie Guns placed an order with Polymer80 for the purchase of 16,400 various products (the "Inventory"), for a total purchase price of $702,625.00. A true and correct copy of the invoice for this purchase is attached as Exhibit A (the "Invoice").

11. As stated in the Invoice, Indie Guns made an initial payment of $8,362.59, resulting in an invoiced amount due of $694,262.41.

12. Polymer80 performed its obligations by shipping the ordered Inventory to Indie Guns in Kissimmee, Florida, and sent the Invoice confirming the parties' agreement with respect to the purchase of the Inventory to Indie Guns.

13. Indie Guns had partially paid for and accepted delivery of the Inventory without rejection or qualification. Indie Guns also did not object to the Invoice sent to it by Polymer80, and thereby validated the Inventory shipped as complete and accepted the terms set forth in the Invoice, effecting an agreement.

14. Per the terms clearly stated on the Invoice, payment terms were "Net 30," meaning the payment "Due Date" was August 14, 2021 that is, thirty days from the listed "Ship Date" of July 15, 2021.

15. Notwithstanding the above, Indie Guns did not make any payment by August 14, 2021.

16. Polymer80 sent a demand letter to Indie Guns on September 28,

2021, demanding payment in full of the outstanding amount.  A true and correct copy of the demand letter is attached as Exhibit B.

17. After receipt of the demand letter, in acknowledgement of Indie Gun's debt to Polymer80 for the Inventory, Lawrence Destefano, co-owner of Indie Guns, communicated with counsel for Polymer80 regarding a payment plan to address its debt and Indie Guns made a $5,000.00 payment on October 4, 2021, reducing the outstanding principal balance to $689,262.41.

18. Polymer80 immediately sent to Indie Guns an updated statement of the account balance reflecting the parties' prior dealings and this new resulting amount owed.  A true and correct copy of the e-mail correspondence with Indie Guns regarding its payment and attaching the updated statement of the account balance is attached as Exhibit C.  Indie Guns did not object to or dispute the updated statement of the account balance.

19. Polymer80 sent an additional demand letter to Indie Guns on January 12, 2022, demanding payment in full of the outstanding amount of $689,262.41. A true and correct copy of the second demand letter is attached as Exhibit D.

20. Indie Guns has made no payments to Polymer80 since making the $5,000.00 payment on October 4, 2021.

21. Accordingly, an unsettled debt of $689,262.41 exists that is owed by Indie Guns to Polymer80, arising from Polymer80's delivery of goods (the Inventory) to Indie Guns on credit.

22. At the time of the filing of this Action, Indie Guns owes Polymer80

$689,262.41 for the Inventory.

23. All conditions precedent to the filing of this action have been performed, satisfied, excused, or waived.

## COUNT I

## BREACH OF CONTRACT

24. Polymer80 realleges and reincorporates the allegations contained in paragraphs 1 through 23 above as if more fully set forth herein.

25. On or about July 15, 2021, Indie Guns placed an order with Polymer80 for the purchase and delivery of the Inventory, for which Indie Guns agreed to pay a total purchase price of $702,625.00.

26. Indie Guns made an initial payment of $8,362.59 prior to shipment of the Inventory, resulting in an amount due of $694,262.41.

27. Polymer80 performed its obligations by shipping the ordered Inventory to Indie Guns in Kissimmee, Florida, and sent the Invoice confirming the parties' agreement with respect to the purchase of the Inventory to Indie Guns.

28. Indie Guns partially paid for and accepted delivery of the Inventory without rejection or qualification. Indie Guns also did not object to the Invoice sent to it by Polymer80, and thereby validated the Inventory shipped as complete and accepted the terms set forth in the Invoice, effecting an agreement.

29. Per the terms clearly stated on the Invoice, payment terms were "Net 30," meaning the payment "Due Date" was August 14, 2021 that is, thirty days from the listed "Ship Date" of July 15, 2021.

30. Although payment in the amount of $694,262.41 was due by August 14, 2021 per the agreement between Polymer80 and Indie Guns, no payment was made by that date. Indie Guns made only one additional payment of $5,000.00.

31. Indie Guns is therefore in material breach of its agreement with Polymer80, including the terms of the Invoice.

32. Polymer80 has been damaged by such breach in the amount of $689,262.41, which is the amount owing by Indie Guns under the agreement.

33. All conditions precedent to the commencement of this action have occurred, been performed, or otherwise have been satisfied or waived.

WHEREFORE, Polymer80 requests that this Court enter judgment against Indie Guns in the amount of $689,262.41, plus interest, taxable costs, and any other relief as this Court deems just and proper.

## COUNT II

## ACCOUNT STATED

34. Polymer80 realleges and reincorporates the allegations contained in paragraphs 1 through 23 above as if more fully set forth herein.

35. On or about July 15, 2021, Indie Guns placed an order with Polymer80 for the purchase and delivery of the Inventory, for which Indie Guns agreed to pay a total purchase price of $702,625.00.

36. Polymer80 performed its obligations by shipping the ordered Inventory to Indie Guns in Kissimmee, Florida, and sent the Invoice confirming the parties' agreement with respect to the purchase of the Inventory to Indie Guns.

37. The amount owed on the Invoice was $694,262.41.

38. Indie Guns partially paid for and accepted delivery of the Inventory without rejection or qualification. Indie Guns also did not object to the Invoice sent to it by Polymer80 and, therefore, Indie Guns agreed that the invoiced amount was due and correct, and promised to pay such amounts.

39. In further acknowledgement of its invoiced debt to Polymer80 for the Inventory following its delivery and acceptance by Indie Guns, in response to a demand letter, Indie Guns communicated with counsel for Polymer80 regarding a payment plan to address its debt and, on October 4, 2021, Indie Guns made a $5,000.00 payment toward the amount stated on the Invoice, reducing the outstanding principal balance to $689,262.41.

40. Polymer80 immediately sent to Indie Guns an updated statement of the account balance of $689,262.41, reflecting the parties' prior dealings and this new resulting amount owed. *See* Exhibit C. Indie Guns did not object to or dispute the updated statement of the account balance.

41. Indie Guns still owes Polymer80 $689,262.41 for the Inventory.

WHEREFORE, Polymer80 requests that this Court enter judgment against Indie Guns in the amount of $689,262.41, plus interest, taxable costs, and any other relief as this Court deems just and proper.

## COUNT III
## GOODS SOLD AND DELIVERED

42. Polymer80 realleges and reincorporates the allegations contained in

7

paragraphs 1 through 23 above as if more fully set forth herein.

43. On or about July 15, 2021, Indie Guns placed an order with Polymer80 for the purchase and delivery of the Inventory, for which Indie Guns agreed to pay a total purchase price of $702,625.00.

44. Polymer80 performed its obligations by shipping the ordered Inventory to Indie Guns in Kissimmee, Florida, and sent the Invoice confirming the parties' agreement with respect to the purchase of the Inventory to Indie Guns.

45. The amount owed on the Invoice was $694,262.41.

46. Indie Guns partially paid for and accepted delivery of the Inventory without rejection or qualification. Indie Guns also did not object to the Invoice sent to it by Polymer80 and, therefore, Indie Guns agreed that the invoiced amount was due and correct, and promised to pay such amounts.

47. Polymer80 fully performed by delivering the Inventory to Indie Guns.

48. Indie Guns paid only $13,362.59 to Polymer80 for the Inventory.

49. Indie Guns owes Polymer80 $689,262.41, which constitutes the agreed upon sales price of the Inventory that remains unpaid.

WHEREFORE, Polymer80 requests that this Court enter judgment against Indie Guns in the amount of $689,262.41, plus interest, taxable costs, and any other relief as this Court deems just and proper.

DATED:  May 24, 2022                             Respectfully submitted,

                                                 GREENSPOON MARDER LLP

                                                 BY: */s/ Roy Taub*

                JEFFREY A. BACKMAN
                Florida Bar No. 662501
                ROY TAUB
                Florida Bar No. 116263
                jeffrey.backman@gmlaw.com
                khia.joseph@gmlaw.com
                roy.taub@gmlaw.com
                cheryl.cochran@gmlaw.com
                200 East Broward Boulevard, Suite 1800
                Fort Lauderdale, Florida 33301
                Telephone: 954.491.1120
                Facsimile:  954.343.6958

                *Attorneys for Plaintiff Polymer80, Inc.*