# EXHIBIT A



**Remit To Address**
Accounting Department
Polymer80, Inc.
13601 W. McMillan Rd. #102-327
boise ID 83713
United States

# Invoice
#INV8135
7/15/2021

| Bill To | Ship To | TOTAL |
|---|---|---|
| Indie Guns LLC<br>Ray Villafañe<br>3150 Harvest Lane<br>Kissimmee FL 34744<br>United States | Indie Guns LLC<br>Ray Villafañe<br>3150 Harvest Lane<br>Kissimmee FL 34744<br>United States | $702,625.00 |

| Terms | Due Date | PO # | Shipping Method | Ship Date |
|---|---|---|---|---|
| Net 30 | 8/14/2021 | P80-7921.1 | Freight | 7/15/2021 |

| Item | Description | Display Name/Code | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| P80-PF940v2-BLK-Kit-DNU | PF940v2 and Jig system, Black Pistol Frame assembly | PF940v2 and Jig system, Black Pistol Frame assembly | 1,500 | $75.00 | $112,500.00 |
| P80-PF940v2-FDE-Kit-DNU | PF940v2 and Jig system, FDE Pistol Frame assembly | PF940v2 and Jig system, FDE Pistol Frame assembly | 750 | $75.00 | $56,250.00 |
| P80-PF940v2-ODG-Kit-DNU | PF940v2 and Jig system, ODG Pistol Frame assembly | PF940v2 and Jig system, ODG Pistol Frame assembly | 500 | $75.00 | $37,500.00 |
| P80-PF940v2-COB-Kit-DNU | PF940v2 and Jig system, Cobalt Pistol Frame assembly | PF940v2 and Jig system, Cobalt Pistol Frame assembly | 750 | $75.00 | $56,250.00 |
| P80-PF940v2-GRY-Kit-DNU | PF940v2 and Jig system, Gray Pistol Frame assembly | PF940v2 and Jig system, Gray Pistol Frame assembly | 150 | $75.00 | $11,250.00 |
| P80-PF940v2-BTI-Kit-DNU | PF940v2 and Jig system, Pistol Frame assembly, Blue Titanium | PF940v2 and Jig system, Pistol Frame assembly, Blue Titanium | 200 | $75.00 | $15,000.00 |
| P80-PFS9-MAG-17 | KCI G17 Magazine, P80 Logo | Polymer80 17 rd magazine for G17 | 3,850 | $0.00 | $0.00 |
| P80-PF940SC-BLK-Kit-DNU | Polymer80, 80% Subcompact Pistol Frame and Jig, Black | Polymer80, 80% Subcompact Pistol Frame and Jig, Black | 1,000 | $75.00 | $75,000.00 |
| P80-PF940SC-FDE-Kit-DNU | Polymer80, 80% Subcompact Pistol Frame and Jig, FDE | Polymer80, 80% Subcompact Pistol Frame and Jig, FDE | 1,000 | $75.00 | $75,000.00 |

1 of 3



**Remit To Address**
Accounting Department
Polymer80, Inc.
13601 W. McMillan Rd. #102-327
boise ID 83713
United States

# Invoice
#INV8135
7/15/2021

| Item | Description | Display Name/Code | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| P80-PF940SC-ODG-Kit-DNU | Polymer80, 80% Subcompact Pistol Frame and Jig, ODG | Polymer80, 80% Subcompact Pistol Frame and Jig, ODG | 500 | $75.00 | $37,500.00 |
| P80-PF940SC-GRY-Kit-DNU | Polymer80, 80% Subcompact Pistol Frame and Jig, GRY | Polymer80, 80% Subcompact Pistol Frame and Jig, GRY | 500 | $75.00 | $37,500.00 |
| P80-PF940Cv1-BLK-Kit-DNU | Polymer80, 80% Compact Pistol Frame V1, Black | Polymer80, 80% Compact Pistol Frame V1, Black | 2,000 | $75.00 | $150,000.00 |
| P80-PF940Cv1-COB-Kit-DNU | Polymer80, 80% Compact Pistol Frame V1, Cobalt | Polymer80, 80% Compact Pistol Frame V1, Cobalt | 1,200 | $75.00 | $90,000.00 |
| P80-PF940Cv1-BTI-Kit-DNU | Polymer80, 80% Compact Pistol Frame V1, Blue Titanium | Polymer80, 80% Compact Pistol Frame V1, Blue Titanium | 300 | $75.00 | $22,500.00 |
| P80-PF940Cv1-GRY-Kit-DNU | Polymer80, 80% Compact Pistol Frame V1, Gray | Polymer80, 80% Compact Pistol Frame V1, Gray | 200 | $75.00 | $15,000.00 |
| P80-PF45-BLK-Kit-DNU | PF45 and Jig system, Black Pistol Frame assembly | PF45 and Jig system, Black Pistol Frame assembly | 500 | $85.00 | $42,500.00 |
| P80-PF45-FDE-Kit-DNU | PF45 and Jig system, FDE Pistol Frame assembly | PF45 and Jig system, FDE Pistol Frame assembly | 500 | $85.00 | $42,500.00 |
| P80-PF45-ODG-Kit-DNU | PF45 and Jig system, ODG Pistol Frame assembly | PF45 and Jig system, ODG Pistol Frame assembly | 500 | $85.00 | $42,500.00 |
| P80-PF45-COB-Kit-DNU | PF45 and Jig system, Cobalt Pistol Frame assembly | PF45 and Jig system, Cobalt Pistol Frame assembly | 500 | $85.00 | $42,500.00 |
| P80-PF45-GRY-Kit-DNU | PF45 and Jig system, Gray Pistol Frame assembly | PF45 and Jig system, Gray Pistol Frame assembly | 500 | $85.00 | $42,500.00 |
| **Discount** | | | | -30% | ($301,125.00) |
| **Freight** | Shipping for B2B | Estimated Shipping (actual cost will be reflected on the invoice) | 1 | $0.00 | $0.00 |



**Remit To Address**
Accounting Department
Polymer80, Inc.
13601 W. McMillan Rd. #102-327
boise ID 83713
United States

# Invoice
#INV8135
7/15/2021

| | |
|---:|---:|
| **Subtotal** | $702,625.00 |
| **Tax** | $0.00 |
| **Total** | $702,625.00 |
| **Amount Paid** | $8,362.59 |
| **Amount Due** | $694,262.41 |

3 of 3

#INV8135