# EXHIBIT C

**Roy Taub**



**From:** Kendra Moore
**Sent:** Monday, October 4, 2021 3:23 PM
**To:** Raymond Villafane <ray@indieguns.com>
**Cc:** Lawrence Destefano <icrew@indieguns.com>
**Subject:** RE: Payment

Hi Ray,

I just emailed your payment receipt. Please see attached updated statement of your account balance.

Thank you,

**Kendra Moore**
Accounting Specialist
Polymer80, Inc.



13601 W. McMillan Rd #102-327
Boise, ID 83713
(916) 741-7874
FAX: (208) 506-5036

-----Original Message-----
From: Raymond Villafane <ray@indieguns.com>
Sent: Monday, October 4, 2021 2:16 PM
To: Kendra Moore <kendra.moore@polymer80.com>
Subject: Payment

Good afternoon Kendra, can you please ACH $5,000.00 from our acct you have on file for a payment today 10/4/2021

Thank you
Ray Indieguns

Sent from my iPhone

2

**Polymer80, Inc.**
**Parent Company(Non Posting) : Polymer80, Inc.**
# A/R Aging Detail
## As of October 4, 2021

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| **Indie Guns - Armed LLC** | | | | | | | |
| | Invoice | 7/15/2021 | INV8135 | P80-7921.1 | 8/14/2021 | 51 | $689,262.41 |
| **Total - Indie Guns - Armed LLC** | | | | | | | **$689,262.41** |
| **Total** | | | | | | | **$689,262.41** |