# EXHIBIT D



Jeffrey A. Backman, Partner
PNC Building
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Phone: 954.491.1120
Fax: 954.771.9264
Direct Phone: 954.734.1853
Direct Fax: 954.213.0140
Email: jeffrey.backman@gmlaw.com

January 12, 2022

<u>**VIA CERTIFIED MAIL AND E-MAIL**</u>
**Return Receipt Numbers 7020 2450 0000 5355 9324,
7020 2450 0000 5355 9331, and 7020 2450 0000 5355 9348**

Armed, LLC d/b/a Armed Training Facility
399 Central Florida Parkway
Orlando, FL 32824
icrew@indieguns.com

Indie Guns, LLC
3000 Huntington Street
Orlando, FL 32803
   -   and   -
11954 Narcoossee Road, Suite 2-178
Orlando, FL 32832
icrew@indieguns.com

**Re:**   **Second Demand for Payment by Polymer 80, Inc.**

Dear Sir or Madam:

 We represent Polymer80, Inc. ("Polymer80"). Specific reference is made to the Polymer80 Dealer Agreement dated January 14, 2020 and signed by Lawrence Destefano (the "Dealer Agreement"). As you know from prior correspondence dated September 28, 2021, ARMED, LLC d/b/a Armed Training Facility ("Armed Training Facility") and Indie Guns, LLC ("Indie Guns") owe Polymer80 for inventory shipped to Indie Guns.

 The Dealer Agreement provides that payment terms are net cash upon time of order, except where credit is provided for payment thirty (30) days from the date the order ships. Based upon certain orders, in particular Invoice Number INV8135, dated July 15, 2021, Polymer80 shipped a variety of products on that date to Indie Guns at 3150 Harvest Lane, Kissimmee, Florida 34744. The order total was $702,625.00, with $8,362.59 paid by time of shipment, leaving $694,262.41 due to be paid by August 14, 2021.

 There is no dispute that the goods were accepted without rejection or qualification. Yet, neither Armed Training Facility nor Indie Guns made the payment for which they were jointly and severally responsible. Interest has been accruing on all amounts due at the legal rate.

Armed, LLC d/b/a Armed Training Facility
Indie Guns, LLC
January 12, 2022
Page No. 2

Polymer80 sent a demand letter on September 28, 2021 (the "First Demand Letter"), demanding payment in full for the amounts owed to Polymer80, then in the principal amount of $694,262.41.  Neither Armed Training Facility nor Indie Guns has ever disputed their debt to Polymer80 and the amount owed.  As recounted in the First Demand Letter, Mr. Destefano, the principal of both entities, told Polymer80 that he would provide a payment plan no later than September 22, 2021 to address the debt owed by his companies.  When he failed to do so by that date and was asked by Polymer80, Mr. Destefano stated, without any excuse or justification, that neither of his entities would satisfy the debt and obligation owed to Polymer80.

After receipt of the First Demand Letter, in acknowledgement of its indisputable debt to Polymer80 for goods it purchased and accepted, Indie Guns made a $5,000.00 payment on October 4, 2021, reducing the principal balance to $689,262.41.  Polymer80 expected that this would be the first payment by Armed Training Facility or Indie Guns to satisfy their outstanding debt, but it turned out to be the *only* such payment.

Armed Training Facility and Indie Guns continue to owe the principal amount of $689,262.41, plus accruing interest.  Demand is hereby made for Armed Training Facility and Indie Guns to tender payment in full for the amounts owed to Polymer80 within fifteen (15) days of this letter.  Please contact my office to arrange payment.  If payment in full is not received by then, Polymer80 reserves the right to exercise all legal and equitable remedies against Armed Training Facility, Indie Guns, and any other applicable persons, including commencement of legal proceedings.  Nothing contained in this letter waives or modifies any provisions of any agreement(s) between the parties or any other document(s).

Very truly yours,

GREENSPOON MARDER LLP

*/s/ Jeffrey A. Backman*

Jeffrey A. Backman, Partner