UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

POLYMER8O, INC., a Nevada corporation,

    Plaintiff,

v.                              Case No.: 6:22-cv-934-CEM-LHP

INDIE GUNS, LLC, a Florida limited
liability company,

    Defendant.
_____/

**MOTION TO WITHDRAW AS COUNSEL FOR INDIE GUNS, LLC**

    The undersigned counsel, pursuant to Middle District of Florida Local Rule 2.02(c), hereby files this Motion requesting the Court permit Christian Waugh and Mary Norberg of Waugh Grant, PLLC, to withdraw as counsel for Indie Guns, LLC.

    1.    At this time, irreconcilable differences have arisen between the undersigned and Indie Guns, LLC, precluding the undersigned's continued representation of Indie Guns, LLC.

    2.    The undersigned have given Indie Guns, LLC, fourteen days' notice of their intent to withdraw in compliance with Local Rule 2.02(c) as certified below.

    3.    There will be no unnecessary delay or prejudice to any party as the undersigned are not seeking an extension of the pending deadline in the

Court's Case Management and Scheduling Order [DE 20] is not until September 5, 2023.

4. Indie Guns, LLC, will not be prejudiced as the nearest deadline in this matter is not until September 5, 2023.

5. The undersigned is requesting the Court permit Indie Guns, LLC, thirty (30) days to obtain counsel in this matter.

**WHEREFORE**, the undersigned counsel respectfully request the Court enter an order authorizing Christian Waugh and Mary Norberg of Waugh Grant, PLLC, to withdraw as counsel of record for Indie Guns, LLC, permitting Indie Guns, LLC, thirty (30) days to retain new counsel, and for such further relief as the Court deems appropriate.

**DATED:** February 21, 2023.

Respectfully submitted,

/s/ Christian W. Waugh
Christian W. Waugh [FBN 71093]
Mary A. Norberg [FBN 1032028]
WAUGH GRANT PLLC
201 E. Pine Street, Suite 315
Orlando, FL 32801
Email:     cwaugh@waughgrant.com
Email:     mnorberg@waughgrant.com
Email:     rwood@waughgrant.com
Telephone: 321-800-6008
Fax:       844-206-0245

*Counsel for Indie Guns, LLC*

## LOCAL RULE 2.02(c) CERTIFICATION

I hereby certify that on February 6, 2023, I notified Indie Guns, LLC, of my intent to withdraw via email, giving Indie Guns, LLC, fourteen days' notice of the withdrawal as required by Local Rule 2.02(c). Indie Guns, LLC, does not consent to the withdrawal.

/s/ Christian W. Waugh
Christian W. Waugh [FBN 71093]

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that I conferred with Roy Taub, Esq., counsel for Plaintiff, on January 26, 2023, by phone and Plaintiff's counsel confirmed he will not oppose the relief sought in this Motion via email on January 26, 2023.

/s/ Christian W. Waugh
Christian W. Waugh [FBN 71093]

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system which will give notice to all parties registered to receive electronic notice via CM/ECF.

/s/ Christian W. Waugh
Christian W. Waugh [FBN 71093]