**UNITED STATES DISTRICT COURT OF**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

POLYMER8O, INC., a Nevada corporation,

     Plaintiff,

v.                              Case No.: 6:22-cv-934-CEM-LHP

INDIE GUNS, LLC, a Florida limited
liability company,

     Defendant.

_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER

**PLEASE TAKE NOTICE** that the undersigned has complied with this Court's Order dated February 27, 2023 [DE 32], by serving on the representative of Indie Guns, LLC, Lawrence Destefano, via certified mail, to his home address set forth in the Court's Order the entire case file for the above matter. As requested by the Court, Indie Guns, LLC's business address is located at: 3208 E. Colonial Drive, Ste. 262, Orlando, FL 32803.

**Dated**: March 6, 2023.

                      Respectfully submitted,

                      /s/ Christian W. Waugh
                      Christian W. Waugh [FBN 71093]
                      Mary A. Norberg [FBN 1032028]
                      WAUGH GRANT PLLC
                      201 E. Pine Street, Suite 315
                      Orlando, FL 32801
                      Email:     cwaugh@waughgrant.com

Email:      mnorberg@waughgrant.com
Email:      rwood@waughgrant.com
Telephone: 321-800-6008
Fax:        844-206-0245

*Counsel for Indie Guns, LLC*